IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ANGELINE ASH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:23-cv-34-K |
| | § | |
| SERVICE KING PAINT AND BODY, LLC, ET AL., | § | |
| | § | |
| | § | |
| Defendants. | § | |

# JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered, it is ORDERED, ADJUDGED, and DECREED that this case is DISMISSED WITH PREJUDICE.

SO ORDERED.

Signed May 17th, 2023.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE